UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRANT E. PARISH,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Case No. 13-14410

Paul D. Borman
United States District Judge

David R. Grand
United States Magistrate Judge

<u>ORDER ADOPTING MAGISTRATE JUDGE DAVID R. GRAND'S MAY 13, 2015 REPORT AND RECOMMENDATION (ECF NO. 27) AND GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (ECF NO. 23)</u>

On May 13, 2015, Magistrate Judge David R. Grand issued a Report and Recommendation to Grant Plaintiff's Motion for Attorney's Fees Under the Equal Access to Justice Act ("EAJA"). (ECF No. 27, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation, GRANTS Plaintiff's motion for attorney's fees and AWARDS Plaintiff EAJA fees in the amount of $3,505.19.

IT IS SO ORDERED.

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: June 2, 2015

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 2, 2015.

                                          s/Deborah Tofil
                                          Case Manager